## LEWIS BREWER v. STATE.

No. A-5769.   Opinion Filed Oct. 9, 1926.
(249 Pac. 1116.)

E. V. Rakestraw, for plaintiff in error.

Geo. F. Short, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Kiowa county on a charge of ob-

structing an officer in the discharge of his duty, and his punishment assessed at a fine of $250 and confinement in the county jail for a period of 6 months. This is a companion case to the Case of W. H. Brewer, 35 Okla, Cr. 192, 249 P. 1116, just decided. For the reasons therein assigned, which apply equally here, the appeal is dismissed.